UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SULAIMAN ISMAIL,<br>　　　　Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 3:22-CV-0932 |
| v. | )<br>) | (ARBUCKLE, M.J.) |
| DETECTIVE R. MILLER,<br>　　　　Defendant | )<br>) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is HEREBY ORDERED THAT:

(1)　Defendant's Motion for Summary Judgment (Doc. 19) is GRANTED.

(2)　The Clerk of Court is instructed to CLOSE this case.

Date:  April 11, 2024　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge